# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Andrew James Stewart

                              Plaintiff,

v.                                                       Case No.: 1:13−cv−08789
                                                                Honorable Virginia M. Kendall

Driven Sports, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held on 4/16/2014 and continued to 1/8/15 at 9:00 a.m. Fact discovery is ordered closed 12/31/14. Motion for class certification shall be filed on or by 8/28/14; Response on or by 9/11/14; Reply on or by 9/18/14.(lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.