# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDREW STEWART, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-cv-08789 |
| v. ) ) | Hon. Jorge L. Alonso |
| DRIVEN SPORTS, INC., ) ) | Magistrate Judge Mary M. Rowland |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Andrew Stewart and Defendant Driven Sports, Inc., through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Andrew Stewart, and without prejudice as to all absent members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees.

STIPULATED AND AGREED:

| | |
|---|---|
| CHICAGO, ILLINOIS<br>NOVEMBER 3, 2015 | CHICAGO, ILLINOIS<br>NOVEMBER 3, 2015 |
| By: s/ Joseph J. Siprut<br>  Joseph J. Siprut<br>  Gregg M. Barbakoff<br>  SIPRUT PC<br>  17 North State Street<br>  Suite 1600<br>  Chicago, Illinois 60602<br><br>  Attorneys for Plaintiff<br>  Andrew Stewart | By: s/ Ian A. Stewart<br>  Ian A. Stewart<br>  Lauren M. Kim<br>  WILSON, ELSER, MOSKOWITZ, EDELMAN<br>  & DICKER, LLP<br>  55 West Monroe Street, Suite 3800<br>  Chicago, Illinois 60603<br><br>  Attorneys for Defendant<br>  Driven Sports, Inc. |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Stipulation Of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system on this 3rd day of November 2015 and served electronically on all counsel of record.

/s Joseph J. Siprut

4841-5074-8457, v. 2