## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Andrew James Stewart

                              Plaintiff,

v.                                                   Case No.: 1:13−cv−08789
                                                          Honorable Jorge L. Alonso

Driven Sports, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of voluntary dismissal has been filed. This case is dismissed with prejudice as to the named Plaintiff Andrew Stewart, and without prejudice as to all absent members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. The status hearing date of 11/4/15 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.